158 A.3d 581

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MBS ARMT 2005–8, PLAINTIFF–RE-SPONDENT, v. AJAY KAJLA, DEFENDANT–PETITIONER, AND PAMELA KAJLA AND WELLS FARGO, N.A., DEFEN-DANTS.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003875–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.